NUMBER 13-03-745-CR

COURT OF APPEALS

THIRTEENTH DISTRICT OF TEXAS

CORPUS CHRISTI - EDINBURG
_________________________________________________________

JESUS FELIPE ALANIZ,                                                     Appellant,

v.

THE STATE OF TEXAS,                                                      Appellee.
_________________________________________________________

On appeal from the 214th District Court 
of Nueces County, Texas.
_________________________________________________________

MEMORANDUM OPINION

Before Chief Justice Valdez and Justices Hinojosa and Garza
Opinion Per Curiam

         Appellant, JESUS FELIPE ALANIZ, perfected an appeal from a judgment entered
by the 214th District Court of Nueces County, Texas, in cause number 01-CR-1888-F. Appellant has filed a motion to withdraw notice of appeal. The motion complies
with Tex. R. App. P. 42.2(a).
         The Court, having considered the documents on file and appellant’s motion to
withdraw notice of appeal, is of the opinion that appellant's motion to withdraw notice
of appeal should be granted. Appellant's motion to withdraw notice of appeal is
granted, and the appeal is hereby DISMISSED.
                                                               PER CURIAM
Do not publish.
Tex. R. App. P. 47.2(b).
Opinion delivered and filed this
the 5th day of February, 2004.